In the Matter of the Revocation of Letters of Administration Issued to SALLY CAPLAN on the Estate of MAX CAPLAN, Deceased, Respondent.

In the Matter of the Accounting of SALLY CAPLAN, Removed Administratrix of the Estate of MAX CAPLAN, Deceased, Respondent; HYMAN CAPLAN et al., Appellants.

(Argued November 23, 1932; decided December 13, 1932.)

676

*Robert W. Fisher* for appellants.

*John J. McManus* for respondent.

Order affirmed, with costs against appellants personally; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.